UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————————X
THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and WILLIAM
TYSON, CENTRAL PENSION FUND OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS,
BY ITS CHIEF EXECUTIVE OFFICER MICHAEL A.
CRABTREE, and INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO BY
ITS PRESIDENT & BUSINESS MANAGER THOMAS
A. CALLAHAN,

NOTICE & ORDER OF
VOLUNTARY DISMISSAL

CV-20-1622 (KAM) (SMG)

                   Plaintiffs,

    -against-

SKANSKA-KIEWIT-ECCO III, A JOINT VENTURE,
SKANSKA USA CIVIL NORTHEAST, INC., KIEWIT
INFRASTRUCTURE CO. and E.C.C.O. III ENTERPRISES,
INC.,

                   Defendants.
————————————————————————————X

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed as against Defendants SKANSKA-KIEWIT-ECCO III, A JOINT VENTURE, SKANSKA USA CIVIL NORTHEAST, INC., KIEWIT INFRASTRUCTURE CO. and E.C.C.O. III ENTERPRISES, INC.

Dated: Tarrytown, New York
       April 7, 2020

                          Respectfully submitted,

                          BRADY McGUIRE & STEINBERG, P.C.

                          */s/ James M. Steinberg, Esq.*

         By:     _____
                  James M. Steinberg, Esq.
                  Attorneys for Plaintiffs
                  303 South Broadway, Suite 234
                  Tarrytown, New York 10591
                  (914) 478-4293

To:    Mr. John Cavallaro
        Skanska USA Civil, Inc.
        75-20 Astoria Boulevard
        Queens, New York 11370

**SO ORDERED:**

    s/ Kiyo A. Matsumoto
_____
**The Honorable Kiyo A. Matsumoto**
**United States District Judge**